### DOMINICK *v.* THE STATE.

*Lumpkin, J.*—There was no error of law; and though the evidence to show the guilt of the accused was entirely circumstantial and not of the strongest and most convincing character, it was legally sufficient to warrant the verdict. This court, therefore, would not be justified, after its approval by the trial judge, in setting it aside. .  *Judgment affirmed.*
October 21, 1895.

Indictment for receiving stolen goods. Before Judge Hardeman. Bibb superior court. April term, 1895.

*Kibbee & Grace, S. A. Reid* and *G. S. Jones,* for plaintiff in error. *W. H. Felton, Jr., solicitor-general,* contra.

---

### WALKER *v.* THE STATE.

*Atkinson, J.*—The charge, as a whole, was fair and accurate; the exceptions to it are without substantial merit; the evidence fully warranted the verdict, and there was no error in refusing to grant a new trial.  *Judgment affirmed.*
October 21, 1895.

Indictment for assault to murder. Before Judge Hardeman. Bibb superior court. April term, 1895.

*John R. Cooper* and *James H. Blount, Jr.,* for plaintiff in error. *W. H. Felton, Jr., solicitor-general,* contra.